**John GREEN, Petitioner—Appellant,**

v.

**B.G. COMPTON, Warden, Respondent— Appellee.**

No. 04–7067.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 7, 2004.

Decided Oct. 14, 2004.

John Green, Appellant pro se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

* Ahmed does not dispute the denial of CAT relief.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

John Green, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Compton,* No. CA–03–509–7 (W.D.Va. filed May 7, 2004 & entered May 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*